

**SIGNED THIS 11th day of September, 2019**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE: Katie M. Smith                                CHAPTER  13

                                                     CASE #    19-61906

O R D E R

The above-captioned matter is deficient in the following area(s):

☑ The petition was filed without the following required bankruptcy form(s). Official Forms specific for individuals or Official Forms for non-individuals (check appropriate form(s)).

  ☑ Schedule A/B (Form 106A/B or 206A/B)
  ☑ Schedule C (Form 106C)
  ☑ Schedule D (Form 106D or 206D)
  ☑ Schedule E/F (Form 106E/F or 206E/F)
  ☑ Schedule G (Form 106G or 206G)
  ☑ Schedule H (Form 106H or 206H)
  ☑ Schedule I (Form 106I)
  ☑ Schedule J (Form 106J)
  ☐ Schedule J-2 (Form 106J-2)
  ☑ A Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum)
  ☑ Declaration About an Individual Debtor's Schedules (Form 106Dec)
  ☑ Statement of Financial Affairs (Form 107 or 207)
  ☑ Disclosure of Compensation of Attorneys for Debtors

☐ Page 8 of the petition (Form 101) has not been completed.

☑ The petition was filed without Form 122 (Means Test Calculation)

☑    The Chapter 13 petition was filed without a Chapter 13 Plan

☐    The petition was filed without a certification that he/she has received an approved credit counseling briefing in the 180 day period ending on the date of filing of the petition or a certification of exigent circumstances.

It is accordingly

O R D E R E D

that failure to cure said deficiency(ies) within fourteen (14) days from the date the petition was originally filed, or to file a pleading within such time requesting a hearing upon such asserted deficiency(ies), this case may be dismissed without further notice or hearing.

Service of a copy of this Order shall be made to debtor(s) and counsel for debtor(s); trustee; and other parties as may be appropriate.

**END OF ORDER**