

**SIGNED THIS 27th day of September, 2019**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

IN RE: Katie M Smith                                       CASE NO.  19-61906
                                                                                  CHAPTER 13

### ORDER ON CHAPTER 13 PLAN PROVISION INSTRUCTING TRUSTEE TO DISBURSE REGULAR MONTHLY MORTGAGE PAYMENTS

Upon the terms of the Chapter 13 Plan filed herein by the Debtor(s), the Debtor(s) request this ORDER directing that the Chapter 13 Trustee may immediately begin disbursing regular monthly mortgage payments to **Wells Fargo Home Mortgage,** (hereafter the "Mortgage Company") and it appearing to the Court to be proper, it is hereby

### ORDERED THAT:

**1.**      The Chapter 13 Trustee is authorized to commence disbursing regular monthly payments to the Mortgage Company of **$767.57**, or subsequently in such amount as the Mortgage Company provides in writing in its proof of claim or other written notice filed with the Court, beginning with the mortgage payment due for the month of **January, 2020**, for redacted account number **2718**. These payments shall be mailed to the Mortgage Company at the following address **Wells Fargo Home Mortgage, PO Box 31557, Billings, MT 59107** or subsequently at such address as the Mortgage Company provides in writing either in its proof of claim or with a notice filed with the Court.

1

2. These payments may be made (i) whether or not a proof of claim has yet been filed by the Mortgage Company, and (ii) only if the Debtor(s) provide sufficient and timely funds to the Trustee for this purpose.

**END OF ORDER**

I ask for this:

/s/ Stephen E. Dunn, Esq.
Attorney for the Debtor
Stephen E. Dunn, Esq., VSB No. 26355
Michelle J. Dunn, Esq., VSB No. 90687
Stephen E. Dunn, PLLC
201 Enterprise Dr., Suite A
Forest, Va. 24551
Phone: 434-385-4850
Email: stephen@stephendunn-pllc.com
  michelle@stphendunn-pllc.com

Seen:

/s/ Herbert L. Beskin
Herbert L. Beskin, Chapter 13 Trustee
VSB # 15050
P.O. Box 2103, Charlottesville VA 22902
Tel: (434) 817-9913, ext. 121
E-mail: hbeskin@cvillech13.net