IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE: Katie M Smith                                CHAPTER 13
                                                    CASE NO. 19-61906

      Debtor(s)

## ATTORNEY FEE APPLICATION

Comes now the Debtor's Attorney and makes application for Attorney's fees on the basis of the following information:

1. The Debtor(s) filed a bankruptcy petition before this Court on September 10, 2019, at which time the Debtor(s) executed a fee agreement whereby the Debtor's Attorney agreed to represent the Debtor(s) for a set fee.

That the Chapter 13 bankruptcy is set to be dismissed on December 10, 2019 because of the failure of the Debtor(s) failure to be current with plan payments through confirmation.

2. That the Debtor(s) has requested that the funds the chapter 13 trustee has on hand be sent to his attorney, up to $ 4,056.85, less any fees due the trustee.

Wherefore, the Debtor(s) and their Attorney hereby request the Court to enter an order confirming the Attorney's fees, and that said fees shall be forward to Debtors' counsel by the Chapter 13 Trustee.

Dated:  12/10/2019                                  Katie M Smith


                                                    /s/ Stephen E. Dunn
                                                    Of Counsel

Stephen E. Dunn, Esq.
Counsel for Debtor(s)
Stephen E. Dunn, PLLC
201 Enterprise Drive, Suite A
Forest, VA  24551

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

IN RE: Katie M Smith                                CHAPTER 13
                                                    CASE NO. 19-61906

   Debtor(s)

NOTICE OF HEARING ON
ATTORNEY FEE APPLICATION

   Please take notice that Counsel for the above-named Debtor filed a Motion for Attorney Fee Application, true copies of which are attached hereto, and shall submit the same to the Honorable Rebecca Connelly, Bankruptcy Judge, for approval on December 19, 2019 at 9:30 a.m., or as soon thereafter as the parties may be heard, in the U.S. Bankruptcy Court, U.S. Bankruptcy Court, 1101 Court Street, Lynchburg, Virginia.

   Objections to the Attorney Fee Application must be filed in writing, with copies thereof served on the Trustee and Counsel for the Debtor prior to the hearing date in order to be heard on December 19, 2019.

   I do hereby certify that a copy of this Notice and Motion has been sent to the Chapter 13 Trustee by ECF Mail, to the Debtor and all creditors by first class postage prepaid mail in this case on the after mentioned date.

Dated:  12/10/2019                                  Katie M Smith

                       /s/ Stephen E. Dunn
                        Of Counsel

Stephen E. Dunn, Esq.
201 Enterprise Drive
Suite A
Forest, Va.  24551
Counsel for Debtor(s)